HUNTON & WILLIAMS LLP
Ann Marie Mortimer (State Bar No. 169077)
Diana F. Biason (State Bar No. 247274)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile:  (213) 532-2020

McCARTER & ENGLISH, LLP
Kimberly S. Penner (Admitted Pro Hac Vice)
245 Park Avenue, 27th Floor
New York, New York 10167
Telephone: (212) 609-6804
Facsimile: (212) 609-6921

Attorneys for Defendants
PFIZER INC., PHARMACIA CORPORATION,
PHARMACIA & UPJOHN LLC, AND
PHARMACIA & UPJOHN COMPANY, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY CABLE, | Case No.: CV 07-00879 SBA |
| Plaintiff, | **STIPULATION AND ORDER RE EXTENSION OF ADR DEADLINE** |
| vs. | |
| PFIZER INC., et al., | Trial Date:  3/2/09 |
| Defendants. | |

Plaintiff Kimberly Cable and defendants Pfizer Inc., Pharmacia Corporation, Pharmacia & Upjohn LLC, and Pharmacia & Upjohn Company LLC, hereby stipulate to continue the date to hold an ADR session originally set for August 1, 2007 to December 5, 2007.  On May 5, 2007, the parties in this action filed a stipulation and proposed order selecting an ADR Process in the form of private mediation with a deadline of August 1, 2007.  In support of this stipulation to continue the date of the mediation to December 5, 2007, the parties hereby state as follows:

1.  On April 10, 2007 plaintiff submitted a motion to the United States Judicial Panel on Multidistrict Litigation ("JPML") to consolidate this case with Riddell v. Pfizer, et al., a class action pending in the District of New Jersey.  Opposition to this motion was filed by defendants on May 5, 2007.  Oral argument on the motion has been scheduled for July 26, 2007.  See Declaration of Ann Marie Mortimer ¶ 2, Exhibit "A."

2.  On June 8, 2007, plaintiff filed a motion to consolidate this action with Winward v. Pfizer Inc., et al., CV 07-00878 SBA.  On June 26, 2007, defendants filed an opposition to plaintiff's motion to consolidate concurrently with a cross-motion to transfer this matter to the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1404(a).  Hearing on plaintiff's motion to consolidate and defendants' cross-motion to transfer is currently scheduled for October 23, 2007.

3.  Due to the motion to consolidate pending with the JPML and plaintiff's motion to consolidate and defendants' cross-motion to transfer pending in the Northern District, an August 1, 2007 ADR deadline is premature.

///

///

///

///

///

1
STIPULATION RE EXTENSION OF ADR DEADLINE
Case No.  CV 07-00879 SBA

1        4.       The parties respectfully request the Court to enter the Proposed Order

2  for the reasons set forth above.

3

4  Respectfully submitted,

5

6  DATED:  July ___, 2007                          HUNTON & WILLIAMS LLP

7

8                                                      By: _____

9                                                           Ann Marie Mortimer
                                                            Attorneys for Defendants
10                                                          PFIZER INC., PHARMACIA
                                                            CORPORATION, PHARMACIA &
11                                                          UPJOHN LLC, AND PHARMACIA &
                                                            UPJOHN COMPANY, LLC
12

13  Dated:  July ___, 2007                          STERNS & WALKER

14

15                                                   By:      _____

16                                                           Brenda Posada
                                                            Attorneys for Plaintiff,
17                                                          Kimberly Cable

18

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21

22  Dated:  July 31, 2007              By:      _____

23                                                           Sandra B. Armstrong
                                                            UNITED STATES DISTRICT JUDGE

24

25

26

27

28
                                                      2
                                    STIPULATION RE EXTENSION OF ADR DEADLINE
                                             Case No.  CV 07-00879 SBA